JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CASTRO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABM GENERAL SERVICES, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-03336-MEMF-AS<br><br>**ORDER GRANTING STIPULATION FOR BINDING ARBITATION AND TO DISMISS PLAINTIFF'S CLASS CLAIMS WITHOUT PREJDUICE**<br><br>Complaint Filed: February 28, 2024<br>Trial Date: None<br>District Judge: Hon. Maame Ewusi-Mensah Frimpong<br>Courtroom 8B, First St.<br>Magistrate Judge: Hon. Alka Sagar<br>Courtroom 540, Roybal |

Having reviewed the Joint Stipulation filed by Plaintiff Luis Castro ("Plaintiff") and Defendant ABM General Services, Inc. ("Defendant") (collectively the "Parties") for binding individual arbitration and to dismiss Plaintiff's class claims without prejudice, and for good cause shown, IT IS HEREBY ORDERED as follows:

1. The class claims alleged in this Action are dismissed without prejudice;

2. No notice of dismissal shall be issued to the putative class;

3. The litigation of Plaintiff's individual claims is stayed pending completion of individual arbitration proceedings;

4. This action is hereby STAYED pending resolution of the arbitration. The parties shall file a joint report every one-hundred eighty (180) days, starting from the date of this Order. The parties are also directed to jointly notify the Court within forty-eight (48) hours of the conclusion of the arbitration proceeding. The clerk is directed to administratively close the case. If the parties fail to file a joint report any one-hundred eightieth day, the case will be deemed dismissed on that one-hundred eighty-first day.

IT IS SO ORDERED.

DATED: January 16, 2025

_____
Hon. Maame Ewusi-Mensah Frimpong
Judge of the United States District Court